**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

CAVEN WEST,

    Plaintiff,

v.

Case No. 14-11559

WAYNE COUNTY and CATHY M. GARRETT,
Individually and in her capacity as Wayne
County Clerk,

    Defendants.
                                           /

## JUDGMENT

In accordance with the court's "Opinion and Order Granting Defendants' Motion for Summary Judgment," dated March 8, 2016,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants Wayne County and Cathy Garrett and against Plaintiff Caven West. Dated at Detroit, Michigan, this 8th day of March 2016.

                              S/Robert H. Cleland
                              ROBERT H. CLELAND
                              UNITED STATES DISTRICT JUDGE

Dated: March 8, 2016

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 8, 2016, by electronic and/or ordinary mail.

                              S/Lisa Wagner
                              Case Manager and Deputy Clerk
                              (313) 234-5522